```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 06821
   CLEVELAND D GARLAND
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1829

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/16/2007 and was confirmed 07/19/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was completed - no discharge 01/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
CENTRIX RESOURCE SYSTEM    SECURED VEHIC            .00            .00           .00
CONDOR CAPITAL CORP        SECURED VEHIC            .00            .00           .00
CENTRIX RESOURCE SYSTEM    UNSECURED         NOT FILED            .00           .00
CONDOR CAPITAL CORP        UNSECURED         NOT FILED            .00           .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG            .00            .00           .00
TCF NATIONAL BANK          UNSECURED         NOT FILED            .00           .00
AT & T BROADBAND           UNSECURED         NOT FILED            .00           .00
MID AMERICAN BANK          UNSECURED         NOT FILED            .00           .00
CERTEGY                    UNSECURED         NOT FILED            .00           .00
NSBC NV                    UNSECURED         NOT FILED            .00           .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE            .00            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           211.28             .00        211.28
SELECT PORTFOLIO SERVICI   NOTICE ONLY       NOT FILED            .00           .00
DEMETREAS GARLAND          NOTICE ONLY       NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,934.00                     1,934.00
TOM VAUGHN                 TRUSTEE                                           157.79
DEBTOR REFUND              REFUND                                            847.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                3,150.73

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                      211.28
ADMINISTRATIVE                               1,934.00
TRUSTEE COMPENSATION                           157.79
DEBTOR REFUND                                  847.66
                       --------------       --------------
TOTALS                 3,150.73              3,150.73

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 06821 CLEVELAND D GARLAND
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/30/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```